1  CENTER FOR DISABILITY ACCESS
2  Ray Ballister, Jr., Esq., SBN 111282
   Mark Potter, Esq., SBN 166317
3  Phyl Grace, Esq., SBN 171771
   Dennis Price, SBN 279082
4  Mail: PO Box 262490
   San Diego, CA 92196-2490
5  Delivery: 9845 Erma Road, Suite 300
   San Diego, CA 92131
6  (858) 375-7385; (888) 422-5191 fax
   phylg@potterhandy.com
7  Attorneys for Plaintiff

8
   JEFFER MANGELS BUTLER & MITCHELL LLP
9  MARTIN H. ORLICK SBN. 083908, mho@jmbm.com
   STUART K. TUBIS SBN. 278278, skt@jmbm.com
10 Two Embarcadero Center, Fifth Floor
   San Francisco, California 94111-3824
11 Telephone: (415) 398-8080
   Facsimile: (415) 398-5584
12 Attorneys for Defendants, The Garibotti Family Limited Partnership I, a
13 California Limited Partnership and Lynne Garibotti Blower

*IT IS SO ORDERED*
*Judge Thelton E. Henderson*
02/09/2017

14                UNITED STATES DISTRICT COURT
15                NORTHERN DISTRICT OF CALIFORNIA

16 | SCOTT JOHNSON,                          | Case: 3:16-CV-03589-TEH
17 |     Plaintiff,                          |
18 | v.                                      | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO**
19 | THE GARIBOTTI FAMILY LIMITED PARTNERSHIP I, a | **F.R.CIV.P. 41 (a)(1)(A)(ii)**
20 | California Limited Partnership;         |
21 | LYNNE GARIBOTTI BLOWER;                 |
   | and Does 1-10,                          |
22 |                                         |
23 |     Defendants.                         |

24
25
26
27                                    1

28
   Joint Stipulation for Dismissal                         Case: 3:16-CV-03589-TEH

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: February 9, 2017       CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: February 9, 2017       JEFFER MANGELS BUTLER & MITCHELL LLP

By: /s/ Stuart K. Tubis
    Stuart K. Tubis
    Attorneys for Defendants
    The Garibotti Family Limited Partnership I, a California Limited Partnership and Lynne Garibotti Blower

2

Joint Stipulation for Dismissal            Case: 3:16-CV-03589-TEH

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Stuart K. Tubis, counsel for The Garibotti Family Limited Partnership I, a California Limited Partnership and Lynne Garibotti Blower., and  that I have obtained Mr. Tubis' authorization to affix his electronic signature to this document.


Dated: February 9, 2017            CENTER FOR DISABILITY ACCESS


                                   By: /s/ Phyl Grace
                                       Phyl Grace
                                       Attorneys for Plaintiff